[No. 38144-3-II.   Division Two.   January 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN EDGAR MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00267-9, Gary R. Tabor, J., entered August 1, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 38160-5-II.   Division Two.   January 12, 2010.]

BENEVOLENT & PROTECTIVE ORDER OF ELKS OF THE UNITED STATES, INC., *Appellant*, v. LARRY ZIEGLER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 06-2-01063-1, S. Brooke Taylor, J., entered July 15, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 38262-8-II.   Division Two.   January 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY L. CHASE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00325-1, F. Mark McCauley, J., entered August 22, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.